

# Fourth Court of Appeals
## San Antonio, Texas

June 16, 2014

No. 04-14-00206-CV

**PMSALS 1, LLC,**
Appellant

v.

**ROSENTHAL PAUERSTEIN SANDOLOSKI AGATHER L.L.P.** and Jonathan Starr,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-17620
Honorable Olin B. Strauss, Judge Presiding

## O R D E R

The reporter's record was originally due to be filed in this appeal on April 28, 2014. On May 2, 2014, this court notified the court reporter, Mr. Luis Duran, Jr., that the reporter's record was late. Mr. Duran was instructed to file a notification of late record by May 12, 2014, if the record had not been filed because appellant had failed to pay the fee for preparing the record. Otherwise, Mr. Duran was instructed to file the reporter's record by June 2, 2014. Because Mr. Duran failed to file the reporter's record by the extended deadline, a clerk of this court contacted Mr. Duran on June 9, 2014, and left a detailed message regarding the missed deadline and the unfiled record. As of this date, the reporter's record still has not been filed, and Mr. Duran failed to respond to our clerk's message.

It is therefore ORDERED that Mr. Duran file the reporter's record in this court no later than June 30, 2014. If the record is not received by such date, an order may be issued directing Mr. Duran to appear and show cause why he should not be held in contempt for failing to file the record. The clerk of this court shall cause a copy of this order to be served on Mr. Duran by certified mail, return receipt requested, or give other personal notice of this order with proof of delivery. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), the clerk of the court is directed to serve a copy of this order on the Honorable Gloria Saldana, Judge of the 438th Judicial District Court.

_Catherine Stone_
Catherine Stone, Chief Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of June, 2014.



_Keith E. Hottle_
Keith E. Hottle
Clerk of Court